# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOHNY ALEXANDER HODGSON WILLIS and<br>DARSON DEMRY PINEER NICKENS<br><br>*Defendant(s)* | Case No. 8:23-mj-1232 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 26, 2023** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii) and (b)(1)(G). | While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine and one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregory E. Schuster II, Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3)

Date: 3/7/23

_____
Judge's signature

City and state: Tampa, Florida   ANTHONY E. PORCELLI, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### Introduction and Agent Background

1. I, Gregory E Schuster II, am a Special Agent with Homeland Security Investigations (HSI), and currently assigned to the Tampa Office. I have been a law enforcement officer for approximately 27 years, 16 of those years I have served as a Special Agent with the HSI. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, methamphetamine, marijuana etc.

2. Since October of 2020, I have been assigned as a Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

**Statutory Authority**

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    a. **Johny Alexander HODGSON WILLIS**

    b. **Darson Demry PINEER NICKENS**

both of whom are Nicaraguan nationals, for knowingly and willfully conspiring to possess with the intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, and one thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. §§ 960(b)(1)(ii) and 960(b)(1)(G).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The United States Coast Guard has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce

federal laws.

## Probable Cause

6. On or about February 26, 2023, while on routine patrol in the Eastern Pacific, a Maritime Patrol Aircraft ("MPA") located a go-fast vessel ("GFV") approximately 115 nautical miles South of Isla de Cano, Costa Rica, in international waters. The United States Coast Guard Cutter ("USCGC") WAESCHE diverted to investigate the GFV. The USCG WAESCHE located the GFV and launched a small boat with USCG boarding teams (BT) onboard to investigate the vessel.

7. The boarding team identified the following crewmembers on board the suspect GFV as **Johny Alexander HODGSON WILLIS and Darson Demry PINEER NICKENS.**

8. No registration number, no vessel name, no homeport, nor any painted-on markings were observed by the USCG boarding team. The crew made no verbal claim of Nationality for the vessel. The USCG then assimilated the GFV as stateless and subject to the laws of the United States. The USCG boarding team subsequently conducted a law enforcement boarding of the GFV.

9. The boarding team observed suspected contraband within the vessel. The USCG boarding team conducted two tests of the contraband utilizing Narcotic Identification Kits (NIK) that were positive for the presence of cocaine and two additional Narcotic Identification Kits (NIK) that were positive for marijuana. The contraband was recovered by the USCG boarding team consisted of approximately

5000lbs of marijuana and approximately 200 kilograms cocaine. The USCG boarding team seized the cocaine and marijuana and detained the two crewmembers. The stateless GFV was sunk in place due to being a navigational hazard.

## Conclusion

10.     Based upon the foregoing information, I respectfully submit that probable cause exists to believe that **Johny Alexander HODGSON WILLIS and Darson Demry PINEER NICKENS**, while aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one thousand kilograms or more of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. §§ 960(b)(1)(B)(ii) and (b)(1)(G).

Gregory E. Schuster II
Special Agent, HSI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this 7th day of March, 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge

4